IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Daryl Cook,                                          :
                          Appellant      :
                                       :
                           v.          :   No. 2304 C.D. 2015
                                         :
City of Philadelphia, City Solicitor,                :
Lieutenant Dean, Officer Fennell,                    :
Major May, Detective Gregory                         :
Rodden, Jeffrey Minehart, Michael                    :
Barry and Lee Mandell                                :

## **O R D E R**

NOW, January 23, 2017, having considered appellant's application for reconsideration, the application is denied.

 

                                                                                           _____

MARY HANNAH LEAVITT,
President Judge